UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Theresa LaFave,<br><br>         Plaintiff,<br><br>v.<br><br>Nationstar Mortgage LLC<br>dba Mr. Cooper,<br><br>         Defendant. | Case No. 19-cv-1801 (ECT/LIB)<br><br>**DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER'S MEMORANDUM OF LAW IN OPPOSITION TO CHRISTENSEN LAW OFFICE PLLC'S MOTION TO WITHDRAW** |

Defendant Nationstar Mortgage LLC dba Mr. Cooper ("Nationstar"), by and through its undersigned attorneys, respectfully submits its opposition to Christensen Law Office PLLC's ("Christensen Law") Motion to Withdraw as Counsel for Plaintiff Theresa LaFave ("Plaintiff").

Christensen Law filed its Motion to withdraw pursuant to Local Rule 83.7(c). That rule provides that "[a]n attorney who seeks to withdraw otherwise than under LR 83.7(a) or (b) must move to withdraw and must show good cause." Christensen Law's Motion asserts that "[t]here has been a breakdown of the attorney-client relationship that warrants withdrawal." *See* ECF 20 at page 2. However, the moving papers also recognize that "[b]ecause the evidence to support Christensen Law Office's motion to withdraw is, by nature, subject to attorney-client privilege, Christensen Law Office requests that it be permitted to present its evidence *in camera*." *Id*.

Nationstar's opposition to Christensen Law Office LLC's Motion to Withdraw is based solely upon its Motion to Enforce Settlement or, in the Alternative, for Dismissal for

1

Failure to Prosecute, which it will be filing this week. Christensen Law executed the Memorandum of Understanding as counsel for Plaintiff and has represented Plaintiff throughout the parties' settlement discussions and Nationstar's subsequent communications to Plaintiff regarding execution of the settlement terms. Nationstar therefore believes it may benefit the court for Christensen Law to continue as Plaintiff's counsel until a decision is issued on Nationstar's Motion.

Nationstar further respectfully submits that the pending Motion to Withdraw may be rendered moot by the court's decision on Nationstar's Motion to Enforce Settlement that will seek dismissal with prejudice.

## CONCLUSION

Based upon the above, Defendant Nationstar respectfully requests the court either deny Christensen Law Office LLC's Motion to Withdraw or take the motion under advisement pending a decision on Nationstar's Motion for Enforcement or Dismissal.

Respectfully submitted,

Dated: May 6, 2020

**DYKEMA GOSSETT PLLC**

By: s/ Kristina H. Kaluza_____
Kristina H. Kaluza (#390899)
Michael A. Stephani (#390262)
4000 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Ph: (612) 486-1520
kkaluza@dykema.com
mstephani@dykema.com

*Attorneys for Defendant*